| | |
|---|---|
| **Fill in this information to identify the case:** | |
| United States Bankruptcy Court for the:<br>**SOUTHERN DISTRICT OF TEXAS** | |
| Case number (if known): _____  Chapter __11__ | ☐ Check if this is an amended filing |

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy       06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

**1. Debtor's name**  BI Holdings, LLC

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**   8 1 – 1 3 7 0 2 1 3

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **25200 Bernard Road** | **P.O. Box 472** |
| Number   Street | Number   Street |
| | |
| | P.O. Box |
| **New Ulm**    **TX**   **78950** | **Barker**    **TX**    **77413** |
| City    State    ZIP Code | City    State    ZIP Code |
| **Austin** | Location of principal assets, if different from principal place of business |
| County | |
| | Number   Street |
| | |
| | City    State    ZIP Code |

**5. Debtor's website (URL)**  _____

**6. Type of debtor**
- ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other. Specify: _____

Official Form 201   Voluntary Petition for Non-Individuals Filing for Bankruptcy   page 1

Debtor **BI Holdings, LLC** _____    Case number (if known) _____

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

____ ____ ____ ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11.  *Check all that apply:*
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 2

Debtor **BI Holdings, LLC** _____   Case number (if known) _____

| | | |
|---|---|---|
| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** If more than 2 cases, attach a separate list. | ☒ No ☐ Yes.  District _____  When _____ (MM/DD/YYYY)  Case number _____  District _____  When _____ (MM/DD/YYYY)  Case number _____  District _____  When _____ (MM/DD/YYYY)  Case number _____ |
| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** List all cases. If more than 1, attach a separate list. | ☒ No ☐ Yes.  Debtor _____  Relationship _____  District _____  When _____ (MM/DD/YYYY)  Case number, if known _____  Debtor _____  Relationship _____  District _____  When _____ (MM/DD/YYYY)  Case number, if known _____ |
| 11. | **Why is the case filed in *this district*?** | *Check all that apply:*  ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.  ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☒ No ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.  **Why does the property need immediate attention?**  *(Check all that apply.)*  ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.  What is the hazard? _____  ☐ It needs to be physically secured or protected from the weather.  ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).  ☐ Other _____  **Where is the property?** _____  Number  Street  _____  City            State    ZIP Code  **Is the property insured?**  ☐ No  ☐ Yes.  Insurance agency _____  Contact name _____  Phone _____ |

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 3

Debtor **BI Holdings, LLC** _____  Case number (if known) _____

### Statistical and adminstrative information

**13. Debtor's estimation of available funds**

Check one:
- ☑ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

- ☑ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated assets**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **02-05-2024**
MM / DD / YYYY

X _____
Signature of authorized representative of debtor

**Jason Brown**
Printed name

**Managing Member**
Title

| | | |
|---|---|---|
| Debtor **BI Holdings, LLC** | | Case number (if known) |

**18. Signature of attorney**

X  */s/ Matthew Hoffman*  
Signature of attorney for debtor

Date 2/5/2024  
MM / DD / YYYY

**Matthew Hoffman**  
Printed name

**Hoffman & Saweris, p.c.**  
Firm name

**2777 Allen Parkway, Suite 1000**  
Number        Street

**Houston**          **TX**        **77019**  
City                    State      ZIP Code

**(713) 654-9990**               **matthew@mhsawlaw.com**  
Contact phone                    Email address

**09779500**                      **TX**  
Bar number                       State

Official Form 201  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**  page 5

# Bl Holdings LLC
## Profit & Loss Statement
### As of December 31, 2023

| | Jan - Dec 2023 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Rental Income | $66,204.00 |
| **Total Income** | **$66,204.00** |
| **Expense** | |
| Bank Charges | $6,874.27 |
| Interest Expense | $132,790.72 |
| Property Tax | $87,060.80 |
| **Total Expense** | **$226,725.79** |
| **Net Ordinary Income** | **-$160,521.79** |
| **Other Income/Expense** | |
| **Other Income** | |
| Interest Income | $32.93 |
| Other Income | $36,502.13 |
| **Total Other Income** | **$36,535.06** |
| **Net Other Income** | **$36,535.06** |
| **Net Income** | **-$123,986.73** |

# BI Holdings LLC
## Balance Sheet
### As of December 31, 2023

| | |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Industry State Bank -0750 | $2,895.88 |
| Texas First Bank -1495 | $3,500.42 |
| **Total Checking/Savings** | **$6,396.30** |
| **Total Current Assets** | **$6,396.30** |
| **Fixed Assets** | |
| Accumulated Amortization | -$976.57 |
| Accumulated Depreciation | -$314,342.63 |
| Building | $2,569,052.57 |
| Land | $1,986,000.00 |
| Loan Costs | $132,567.75 |
| **Total Fixed Assets** | **$4,372,301.12** |
| **TOTAL ASSETS** | **$4,378,697.42** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Other Current Liabilities** | |
| Texas First Bank Loan -1626 | $2,427,040.59 |
| Texas First Bank Loan -1885 | $0.00 |
| Due to/from Brown Interests - Consolidated | $949,892.29 |
| Texas Funding Note Payable | $402,560.89 |
| **Total Other Current Liabilities** | **$3,779,493.77** |
| **Total Current Liabilities** | **$3,779,493.77** |
| **Total Liabilities** | |
| **Equity** | |
| Members Equity | $1,162,866.54 |
| Opening Balance Equity | -$58,258.14 |
| Owner's Contribution | -$381,418.02 |
| Net Income | -$123,986.73 |
| **Total Equity** | **$599,203.65** |
| **TOTAL LIABILITIES & EQUITY** | **$4,378,697.42** |

# BI Holdings LLC

## Cash Flow Statement
### As of January 31, 2024

|  |  | Jan 2024 |
|---|---|---:|
| **Ordinary Income/Expense** | | |
| **Income** | | |
| | Rental Income | $5,517.00 |
| **Total Income** | | **$5,517.00** |
| **Expense** | | |
| | Bank Charges | $0.00 |
| | Interest Expense | $24,043.00 |
| | Property Tax | $0.00 |
| **Total Expense** | | **$24,043.00** |
| **Net Ordinary Income** | | **-$18,526.00** |
| **Other Income/Expense** | | |
| **Other Income** | | |
| | Interest Income | $2.74 |
| | Other Income | $0.00 |
| **Total Other Income** | | **$2.74** |
| **Net Other Income** | | **$2.74** |
| **Net Income** | | **-$18,523.26** |

0218022 10/16/2023 8:18 PM

| SCHEDULE C | Profit or Loss From Business | OMB No. 1545-0074 |
|---|---|---|
| (Form 1040) | (Sole Proprietorship) | **2022** |
| Department of the Treasury Internal Revenue Service | Go to *www.irs.gov/ScheduleC* for instructions and the latest information. Attach to Form 1040, 1040-SR, 1040-NR, or 1041; partnerships generally must file Form 1065. | Attachment Sequence No. **09** |

Name of proprietor: **Jason Brown**

Social security number (SSN): 

| | | | |
|---|---|---|---|
| A | Principal business or profession, including product or service (see instructions) **Asset Manager** | B | Enter code from instructions **541990** |
| C | Business name. If no separate business name, leave blank. **BI Holdings, LLC** | D | Employer ID number (EIN) (see instr.) **81-1370213** |
| E | Business address (including suite or room no.) **PO Box 472** | | |
| | City, town or post office, state, and ZIP code **Barker     TX 77413** | | |

F  Accounting method:  (1) [X] Cash  (2) [ ] Accrual  (3) [ ] Other (specify)

G  Did you "materially participate" in the operation of this business during 2022? If "No," see instructions for limit on losses  [X] Yes  [ ] No

H  If you started or acquired this business during 2022, check here

I  Did you make any payments in 2022 that would require you to file Form(s) 1099? See instructions  [ ] Yes  [X] No

J  If "Yes," did you or will you file required Form(s) 1099?  [ ] Yes  [ ] No

### Part I   Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked | 1 | 66,204 |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | 66,204 |
| 4 | Cost of goods sold (from line 42) | 4 | |
| 5 | **Gross profit.** Subtract line 4 from line 3 | 5 | 66,204 |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | 6 | |
| 7 | **Gross income.** Add lines 5 and 6 | 7 | 66,204 |

### Part II   Expenses. Enter expenses for business use of your home **only** on line 30.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8 | Advertising | 8 | | 18 | Office expense (see instructions) | 18 | |
| 9 | Car and truck expenses (see instructions) | 9 | | 19 | Pension and profit-sharing plans | 19 | |
| | | | | 20 | Rent or lease (see instructions): | | |
| 10 | Commissions and fees | 10 | | a | Vehicles, machinery, and equipment | 20a | |
| 11 | Contract labor (see instructions) | 11 | | b | Other business property | 20b | |
| 12 | Depletion | 12 | | 21 | Repairs and maintenance | 21 | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 13 | 64,536 | 22 | Supplies (not included in Part III) | 22 | |
| | | | | 23 | Taxes and licenses | 23 | 60,563 |
| | | | | 24 | Travel and meals: | | |
| 14 | Employee benefit programs (other than on line 19) | 14 | | a | Travel | 24a | |
| 15 | Insurance (other than health) | 15 | | b | Deductible meals (see instructions) | 24b | |
| 16 | Interest (see instructions): | | | 25 | Utilities | 25 | |
| a | Mortgage (paid to banks, etc.) | 16a | | 26 | Wages (less employment credits) | 26 | |
| b | Other | 16b | 119,046 | 27a | Other expenses (from line 48) | 27a | 1,697 |
| 17 | Legal and professional services | 17 | | b | **Reserved for future use** | 27b | |
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27a | | | | | 28 | 245,842 |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 | | | | | 29 | -179,638 |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method. See instructions. **Simplified method filers only:** Enter the total square footage of (a) your home: _____ and (b) the part of your home used for business: _____. Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 | | | | | 30 | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. • If a profit, enter on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you checked the box on line 1, see instructions.) Estates and trusts, enter on **Form 1041, line 3.** • If a loss, you **must** go to line 32. | | | | | 31 | -179,638 |
| 32 | If you have a loss, check the box that describes your investment in this activity. See instructions. • If you checked 32a, enter the loss on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you checked the box on line 1, see the line 31 instructions.) Estates and trusts, enter on **Form 1041, line 3.** • If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited. | | | | | 32a [X] All investment is at risk. 32b [ ] Some investment is not at risk. | |

**For Paperwork Reduction Act Notice, see the separate instructions.**   Schedule C (Form 1040) 2022
DAA

Jason Brown
Schedule C (Form 1040) 2022       Asset Manager                                                              Page 2

### Part III — Cost of Goods Sold (see instructions)

**33** Method(s) used to value closing inventory:  **a** ☐ Cost   **b** ☐ Lower of cost or market   **c** ☐ Other (attach explanation)

**34** Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If "Yes," attach explanation ............... ☐ Yes   ☐ No

| Line | Description | | Amount |
|---|---|---|---|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation | 35 | |
| 36 | Purchases less cost of items withdrawn for personal use | 36 | |
| 37 | Cost of labor. Do not include any amounts paid to yourself | 37 | |
| 38 | Materials and supplies | 38 | |
| 39 | Other costs | 39 | |
| 40 | Add lines 35 through 39 | 40 | |
| 41 | Inventory at end of year | 41 | |
| 42 | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on line 4 | 42 | |

### Part IV — Information on Your Vehicle.
Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

**43** When did you place your vehicle in service for business purposes? (month/day/year) ...............

**44** Of the total number of miles you drove your vehicle during 2022, enter the number of miles you used your vehicle for:

**a** Business ...............   **b** Commuting (see instructions) ...............   **c** Other ...............

**45** Was your vehicle available for personal use during off-duty hours? ............... ☐ Yes   ☐ No
**46** Do you (or your spouse) have another vehicle available for personal use? ............... ☐ Yes   ☐ No
**47a** Do you have evidence to support your deduction? ............... ☐ Yes   ☐ No
  **b** If "Yes," is the evidence written? ............... ☐ Yes   ☐ No

### Part V — Other Expenses.
List below business expenses not included on lines 8-26 or line 30.

| Description | Amount |
|---|---|
| Amortization | 1,697 |
| | |
| **48** Total other expenses. Enter here and on line 27a | **1,697** |

DAA                                                                                                Schedule C (Form 1040) 2022